# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-cv-08508-ER                                Purchased/Filed: September 18, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

*Segundo Luis Romero, individually and on behalf of others similarly situated*        Plaintiff

against

*Dominick Doria & Son Wholesale Produce Inc. (d/b/a Dom Doria & Son Produce), et al.*        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ September 20, 2018 ___, at ___ 11:45am ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and First Amended Complaint with Corporate Notice

on

_____ Dominick Doria & Son Wholesale Produce Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section ___ 306 Business Corporation Law ___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___ 55-60 ___ Approx. Wt: ___ 130lbs ___ Approx. Ht: ___ 5'3" ___
Color of skin: ___ White ___ Hair color: ___ Black ___ Sex: ___ Female ___ Other: _____

Sworn to before me on this

___ 20th ___ day of ___ September, 2018 ___

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # SP1813484

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*