USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEGUNDO LUIS ROMERO,

            Plaintiff,

   -against-

DOMINICK DORIA & SON WHOLESALE PRODUCE INC., *et al.*,

            Defendants.

18cv8508 (DF)

**ORDER OF DISMISSAL**

**DEBRA FREEMAN, United States Magistrate Judge:**

    In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). Plaintiff has also submitted a letter detailing why he believes the proposed settlement agreement is fair, reasonable, and adequate. (Dkt. 23.) This Court has reviewed Plaintiff's submission in order to determine whether the proposed agreement (included as part of Dkt. 23) represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in Plaintiff's letter, the terms of the proposed settlement agreement, and this Court's own familiarity with this matter, it is hereby ORDERED that:

    1.    The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees, and the agreement is therefore approved.

2. The Court notes that the proposed settlement agreement expressly contemplates that this Court will retain jurisdiction over this action "until Defendants have fully paid the Negotiated Settlement Payment set forth [in the parties' agreement]." (*See* Dkt. 23 (settlement agreement) ¶ 12.)  In light of this, and in order to effectuate the evident intent of the parties, this Court will retain jurisdiction over this matter, until the date that payment by Defendants is made, solely for the purpose of enforcing the payment provision of the settlement agreement.

3. As a result of the Court's approval of the parties' executed settlement agreement, this action is hereby discontinued with prejudice and without costs or fees to any party.  The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
      March 21, 2019

SO ORDERED

*Debra Freeman*
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)